UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEANDRE Q. SIMON,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

Case No. 3:17-cv-00902-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**.

DATED: February 12, 2018

        **JUSTINE FLANAGAN,**
        **Acting Clerk of Court**

        BY:   s/Tina Gray
              **Deputy Clerk**

**Approved:**
s/ *J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**